AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

---

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

August 10, 2005

I hereby certify and return that on 8/9/2005 at 12:15PM I served a true and attested copy of the summons and verified complaint and jury demand, motion for prelim. injunction, motion for r.e. attachment, affidavit of Daniel Pierce, exhibits, cover sheet, category sheet, letter to court in this action in the following manner: To wit, by leaving at the last and usual place of abode of Dee L. Cote, Individual, 3 Parker Court, Salem, MA 01970 and by mailing 1st class to the above address on 8/10/2005. Basic Service Fee ($20.00), Conveyance ($1.50), Travel ($9.60), Postage and Handling ($3.00), Copies ($10.00) Total Charges $44.10

Deputy Sheriff James St. Pierre

_____
Deputy Sheriff

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

District of Massachusetts

D.H. Pierce Design Associates, Inc.
d/b/a Pierce Architects

V.

D.L. Cote & Company, LLC and
Dee L. Cote, in his Individual Capacity

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05-11626 RWZ

TO: (Name and address of Defendant)

Dee L. Cote
3 Parker Court
Salem, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven J. Bolotin, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
617-439-7500

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



DATE  8-4-05