## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **D.H. PIERCE DESIGN ASSOCIATES, INC.,**<br>**d/b/a PIERCE ARCHITECTS,**<br>**Plaintiff,**<br><br>**v.**<br><br>**D.L. COTE & COMPANY, LLC, and DEE L.**<br>**COTE, in his Individual Capacity,**<br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **DOCKET NO: 05-11626 RWZ** |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

NOW COME the parties in the above-entitled Action, D.H. Pierce Design Associates, Inc. ("Pierce"), and D.L. Cote & Company, LLC, and Dee L. Cote (individually and collectively "Cote"), and hereby stipulate that the above captioned action be dismissed **without prejudice**.

The Plaintiff,

**D.H. PIERCE DESIGN ASSOCIATES, INC., d/b/a**
**PIERCE ARCHITECTS**
By its Attorney,

/s/sbolotin
_____
Steven J. Bolotin, B.B.O. #564085
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

The Defendants,

**DEE L. COTE, in his Individual Capacity and on**
**behalf of D.L. COTE & COMPANY, LLC**

/s/jronan
_____
John H. Ronan, B.B.O. #547124
Ronan, Segal & Harrington
59 Federal Street
Salem, MA 01970
(978) 744-0350

1

1131285v1