UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.H. PIERCE DESIGN ASSOCIATES, INC., d/b/a PIERCE ARCHITECTS, Plaintiff, <br><br> v. <br><br> D.L. COTE & COMPANY, LLC, and DEE L. COTE, in his Individual Capacity, Defendants. | DOCKET NO: 05-11626 RWZ |

### AFFIDAVIT OF STEVEN J. BOLOTIN

I, Steven J. Bolotin, on oath depose and say the following:

1. I am a partner at the law firm of Morrison Mahoney LLP, with a business address of 250 Summer Street, Boston, MA. I am counsel of record for the Plaintiff D.H. Pierce Design Associates, Inc. ("Pierce"), in the above-captioned matter.

2. I have been counsel in this matter since its inception in 2005.

3. I have personally litigated or supervised others in every aspect of this matter.

4. The total amount billed to Pierce for work done to pursue payment of monies owed to Pierce by the defendants in this action, pursuant to their settlement agreement, promissory note, and mortgage to Pierce is $4,304.00 in fees and $66.71 in expenses.

5. This total is based upon hourly billable rates of $200 for partners, $155 for associates, and $95 for paralegals and law clerks, plus expenses.

6. All of the fees incurred in pursuing collection of the monies owed to Pierce by the defendants following the settlement of this matter were reasonable and necessary.

7. Attached as Exhibit 1 is a true and accurate report of all time charges submitted to Pierce related to this litigation following the settlement agreement, promissory note, and mortgage to Pierce, from October 1, 2005 through January 1, 2008, redacted only to protect attorney-client privilege.

8. Attached as Exhibit 2 is a true and accurate report of all expense charges submitted to Pierce related to this litigation following the settlement agreement, promissory note, and mortgage to Pierce, from October 1, 2005 through January 1, 2008

Signed under the pains and penalties of perjury this 15th day of January 2008.

                                               /s/sbolotin
                                               Steven J. Bolotin

```
Timecard Table Listing  --  Sorted by Timecard Index            Jan 09 2008  14:46:49      Page    1

----------------------------------------------------------------------------------------------------
   Index        Matter        TKeeper     Date_Worked Hours_Worked Rate_Worked Amt_Worked Activity  Batch_No.   W_Period
            Status  Pr_Flag                Date_Billed Hours_Billed Rate_Billed Amt_Billed Ledger   Invoice_No. I_Period
----------------------------------------------------------------------------------------------------

10745742     10018982        100 00084    10/12/2005       .40      200.00        80.00              49629      1005
             B       Y                    11/17/2005       .40      200.00        80.00 FEES        615339      1105
  22621353     1            Review of promissory note and mortgage for
  22621354     2            client.
10745743     10018982        100 00084    10/12/2005       .10      200.00        20.00              49629      1005
             B       Y                    11/17/2005       .10      200.00        20.00 FEES        615339      1105
  22621355     1            Telephone call with Attorney Atkins regarding
  22621356     2            status of bank financing.
10745744     10018982        100 00084    10/12/2005       .00        .00           .00              49629      1005
             B       Y                    11/17/2005       .00        .00           .00 FEES        615339      1105
  22621357     1            E-mail to client regarding status of financing
  22621358     2            (no charge).
10756229     10018982        100 00084    10/14/2005       .60      200.00       120.00              49890      1005
             B       Y                    11/17/2005       .60      200.00       120.00 FEES        615339      1105
  22649559     1            Telephone call with client regarding mortgage
  22649560     2            issues.
10756271     10018982        100 00084    10/19/2005       .10      200.00        20.00              49890      1005
             B       Y                    11/17/2005       .10      200.00        20.00 FEES        615339      1105
  22649669     1            Receipt and review of letter from Daniel H.
  22649670     2            Pierce regarding the Commitment Letter from
  22649671     3            First National Bank of Ipswich.
10756315     10018982        100 00084    10/20/2005       .10      200.00        20.00              49890      1005
             B       Y                    11/17/2005       .10      200.00        20.00 FEES        615339      1105
  22649790     1            Receipt and review of letter from George Atkins
  22649791     2            regarding Land Loan.
10756316     10018982        100 00084    10/20/2005       .20      200.00        40.00              49890      1005
             B       Y                    11/17/2005       .20      200.00        40.00 FEES        615339      1105
  22649792     1            Receipt of Fax from client regarding loan
  22649793     2            issues.
10756317     10018982        100 00084    10/20/2005       .20      200.00        40.00              49890      1005
             B       Y                    11/17/2005       .20      200.00        40.00 FEES        615339      1105
  22649794     1            Telephone call with George Atkins regarding
  22649795     2            loan issues.
10756318     10018982        100 00084    10/20/2005       .30      200.00        60.00              49890      1005
             B       Y                    11/17/2005       .30      200.00        60.00 FEES        615339      1105
  22649796     1            Telephone call with client regarding Cote loan
  22649797     2            issues (Actual Time .6)
10756343     10018982        100 00084    10/21/2005       .20      200.00        40.00              49890      1005
             B       Y                    11/17/2005       .20      200.00        40.00 FEES        615339      1105
  22649856     1            Telephone call with client regarding issues
  22649857     2            associated with financial condition of
  22649858     3            defendant (actual time .5).
10763918     10018982        100 00084    10/26/2005       .20      200.00        40.00              50047      1005
             B       Y                    11/17/2005       .20      200.00        40.00 FEES        615339      1105
  22671980     1            Telephone call with George Atkins regarding
  22671981     2            mortgage and payment to Pierce.
10763919     10018982        100 00084    10/26/2005       .20      200.00        40.00              50047      1005
             B       Y                    11/17/2005       .20      200.00        40.00 FEES        615339      1105
  22671982     1            Telephone call with client regarding mortgage
  22671983     2            and Cote refinance issues (actual time .5).
10768419     10018982        100 00084    10/28/2005       .40      200.00        80.00              50088      1005
```

```
Timecard Table Listing  --  Sorted by Timecard Index              Jan 09 2008  14:46:49     Page    2


------------------------------------------------------------------------------------------------------------------
     Index         Matter        TKeeper     Date_Worked  Hours_Worked  Rate_Worked  Amt_Worked Activity  Batch_No.   W_Period
               Status  Pr_Flag               Date_Billed  Hours_Billed  Rate_Billed  Amt_Billed Ledger    Invoice_No. I_Period
------------------------------------------------------------------------------------------------------------------
                 B      Y                    11/17/2005        .40        200.00        80.00 FEES       615339      1105
  22683261        1              Finalize promissory note and mortgage with
  22683262        2              client and opposing counsel.
  10796835      10018982         100 00084   11/02/2005        .50        200.00       100.00            50440       1105
                 B      Y                    12/29/2005        .50        200.00       100.00 FEES       618205      1205
  22763611        1              Attend mandatory court status conference.
  10796848      10018982         100 00084   11/03/2005        .10        200.00        20.00            50440       1105
                 B      Y                    12/29/2005        .10        200.00        20.00 FEES       618205      1205
  22969245        1              Receipt and review of Court's Notice of Status
  22969246        2              Letter on Stipulation of Dismissal to be filed
  22969247        3              by December 2, 2005.
  10799883      10018982         100 00084   11/07/2005        .20        200.00        40.00            50543       1105
                 B      Y                    12/29/2005        .20        200.00        40.00 FEES       618205      1205
  22772393        1              Receipt and review of letter from Attorney
  22772394        2              Atkins regarding parcel of land omitted from
  22772395        3              Exhibit A.
  10799907      10018982         100 00084   11/07/2005        .20        200.00        40.00            50543       1105
                 B      Y                    12/29/2005        .20        200.00        40.00 FEES       618205      1205
  22772457        1              E-mails with client regarding finalizing note
  22772458        2              and mortgage (actual time .5).
  10807349      10018982         100 00084   11/15/2005        .10        200.00        20.00            50740       1105
                 B      Y                    12/29/2005        .10        200.00        20.00 FEES       618205      1205
  22791843        1              Receipt and review of letter from George W.
  22791844        2              Atkins, III, with mortgage and note for Leavitt
  22791845        3              House Condominium.
  10814477      10018982         100 00084   11/17/2005        .10        200.00        20.00            50871       1105
                 B      Y                    12/29/2005        .10        200.00        20.00 FEES       618205      1205
  22810273        1              Receipt and review of original note and copy of
  22810274        2              recorded mortgage from Attorney Atkins.
  10817080      10018982         100 00084   11/23/2005        .10        200.00        20.00            50930       1105
                 B      Y                    12/29/2005        .10        200.00        20.00 FEES       618205      1205
  22816976        1              E-mail to Attorney Ronan regarding request for
  22816977        2              financing information.
  10822974      10018982         100 00084   11/28/2005        .40        200.00        80.00            51043       1105
                 B      Y                    12/29/2005        .40        200.00        80.00 FEES       618205      1205
  22835393        1              Letter to Attorney Atkins regarding request for
  22835394        2              refinancing information.
  10852168      10018982         100 00084   12/06/2005        .20        200.00        40.00            51477       1205
                 B      Y                    01/19/2006        .20        200.00        40.00 FEES       619355      0106
  22917297        1              Draft Court status report.
  10852169      10018982         100 00084   12/06/2005        .10        200.00        20.00            51477       1205
                 B      Y                    01/19/2006        .10        200.00        20.00 FEES       619355      0106
  22917298        1              Electronically file Court status report.
  10852170      10018982         100 00084   12/06/2005        .10        200.00        20.00            51477       1205
                 B      Y                    01/19/2006        .10        200.00        20.00 FEES       619355      0106
  22917299        1              Provide Court status report to client.
  10852172      10018982         100 00084   12/06/2005        .00           .00          0.00           51477       1205
                 B      Y                    01/19/2006        .00           .00          0.00 FEES      619355      0106
  22917303        1              Receipt and review of Court's Notice of
  22917304        2              Electronic Filing regarding Status Report (no
  22917305        3              charge).
```

```
Timecard Table Listing  --  Sorted by Timecard Index           Jan 09 2008  14:46:49    Page    3


---------------------------------------------------------------------------------------------------
   Index      Matter       TKeeper    Date_Worked Hours_Worked Rate_Worked Amt_Worked Activity  Batch_No.   W_Period
              Status  Pr_Flag         Date_Billed Hours_Billed Rate_Billed Amt_Billed Ledger    Invoice_No. I_Period
---------------------------------------------------------------------------------------------------

10852206     10018982      100 00084   12/08/2005       .10      200.00       20.00             51477        1205
       B       Y                       01/19/2006       .10      200.00       20.00 FEES       619355        0106
 22917391      1           Receipt and review of Court's Order regarding
 22917392      2           Counsel for defendant provide plaintiff's
 22917393      3           counsel documentation necessary to implement
 22917394      4           settlement agreement.
10856628     10018982      100 00084   12/09/2005       .20      200.00       40.00             51552        1205
       B       Y                       01/19/2006       .20      200.00       40.00 FEES       619355        0106
 22929816      1           Receipt of Court order requiring Cote to
 22929817      2           provide refinancing information and report to
 22929818      3           client.
10856683     10018982      100 00084   12/14/2005       .10      200.00       20.00             51552        1205
       B       Y                       01/19/2006       .10      200.00       20.00 FEES       619355        0106
 22929977      1           Receipt and review of fax from George Atkins
 22929978      2           regarding denial of financing letter.
10856693     10018982      100 00084   12/15/2005       .20      200.00       40.00             51552        1205
       B       Y                       01/19/2006       .20      200.00       40.00 FEES       619355        0106
 22930001      1           Telephone call with client regarding notice
 22930002      2           that Cote has not received refinancing.
10856695     10018982      100 00084   12/15/2005       .10      200.00       20.00             51552        1205
       B       Y                       01/19/2006       .10      200.00       20.00 FEES       619355        0106
 22930005      1           Receipt and review of fax from Dan Pierce
 22930006      2           regarding confirmation of interest payments.
10865519     10018982      100 00084   12/22/2005       .20      200.00       40.00             51731        1205
       B       Y                       01/19/2006       .20      200.00       40.00 FEES       619355        0106
 22954027      1           Telephone call with client regarding strategy
 22954028      2           after learning of denial of defendant's
 22954029      3           refinancing (actual time .4).
10865520     10018982      100 00084   12/22/2005       .30      200.00       60.00             51731        1205
       B       Y                       01/19/2006       .30      200.00       60.00 FEES       619355        0106
 22954030      1           Prepare Agreement for Judgment per settlement
 22954031      2           agreement provisions (actual time .6)
10865521     10018982      100 00084   12/22/2005       .20      200.00       40.00             51731        1205
       B       Y                       01/19/2006       .20      200.00       40.00 FEES       619355        0106
 22954032      1           Prepare letter to defendant's counsel regarding
 22954033      2           dismissal of action upon receipt of agreement
 22954034      3           for judgment and advising of carrying cost
 22954035      4           issues.
10904328     10018982      100 00084   01/11/2006       .40      200.00       80.00             52413        0106
       B       Y                       02/23/2006       .40      200.00       80.00 FEES       622155        0206
 23062582      1           Telephone call with client regarding status and
 23062583      2           administrative hearing on complaint against
 23062584      3           other architect.
10904336     10018982      100 00084   01/11/2006       .10      200.00       20.00             52413        0106
       B       Y                       02/23/2006       .10      200.00       20.00 FEES       622155        0206
 23062605      1           Letter to Attorney Atkins regarding status of
 23062606      2           Agreement for Judgment.
10964428     10018982      100 00084   02/06/2006       .10      200.00       20.00             53435        0206
       B       Y                       03/31/2006       .10      200.00       20.00 FEES       625479        0306
 23221504      1           E-mails with client regarding agreement for
 23221505      2           Judgment.
```

```
Timecard Table Listing  --  Sorted by Timecard Index              Jan 09 2008  14:46:49     Page    4
---------------------------------------------------------------------------------------------------------
   Index      Matter       TKeeper    Date_Worked Hours_Worked Rate_Worked Amt_Worked Activity Batch_No.   W_Period
              Status Pr_Flag          Date_Billed Hours_Billed Rate_Billed Amt_Billed Ledger   Invoice_No. I_Period
---------------------------------------------------------------------------------------------------------
10964429    10018982       100 00084  02/06/2006        .20      200.00       40.00            53435       0206
            B      Y                  03/31/2006        .20      200.00       40.00 FEES       625479      0306
  23221506     1           Letter to Atkins seeking executed Agreement for
  23221507     2           Judgment.
10973629    10018982       100 00084  02/15/2006        .10      200.00       20.00            53584       0206
            B      Y                  03/31/2006        .10      200.00       20.00 FEES       625479      0306
  23236129     1           Receipt and review of Court's Notice to Appear
  23236130     2           for Status Conference.
10973636    10018982       100 00084  02/15/2006        .10      200.00       20.00            53584       0206
            B      Y                  03/31/2006        .10      200.00       20.00 FEES       625479      0306
  23236146     1           Receipt and review of letter from Attorney
  23236147     2           Atkins with Agreement for Judgment executed by
  23236148     3           Mr. Cote.
10986436    10018982       100 00084  02/22/2006        .10      200.00       20.00            53891       0206
            B      Y                  03/31/2006        .10      200.00       20.00 FEES       625479      0306
  23273918     1           Receipt and review of executed Agreement for
  23273919     2           Judgment.
10990419    10018982       100 00084  02/28/2006        .10      200.00       20.00            53929       0206
            B      Y                  03/31/2006        .10      200.00       20.00 FEES       625479      0306
  23285675     1           Prepare Stipulation of Dismissal Without
  23285676     2           Prejudice
10990420    10018982       100 00084  02/28/2006        .10      200.00       20.00            53929       0206
            B      Y                  03/31/2006        .10      200.00       20.00 FEES       625479      0306
  23285677     1           Receive assent from defendant's counsel to file
  23285678     2           Stipulation of Dismissal Without Prejudice.
10990421    10018982       100 00084  02/28/2006        .10      200.00       20.00            53929       0206
            B      Y                  03/31/2006        .10      200.00       20.00 FEES       625479      0306
  23285679     1           Electronically file Stipulation of Dismissal
  23285680     2           Without Prejudice with Court.
11020925    10018982       100 00084  03/01/2006        .00         .00        0.00            54345       0306
            B      Y                  09/20/2006        .00         .00        0.00 FEES       639745      0906
  23364779     1           Receipt and review of Court's Notice of Case
  23364780     2           Closed (no charge).
11020926    10018982       100 00084  03/01/2006        .10      200.00       20.00            54345       0306
            B      Y                  09/20/2006        .10      200.00       20.00 FEES       639745      0906
  23364781     1           Receipt and review of Court's Notice of Filing
  23364782     2           of Stipulation of Dismissal.
11327877    10018982       100 00084  08/17/2006        .20      200.00       40.00            61744       0806
            B      Y                  09/20/2006        .20      200.00       40.00 FEES       639745      0906
  24194627     1           Receipt and review of fax from George Atkins
  24194628     2           with cost summary and Purchase and Sale
  24194629     3           Agreement for Unit 4 of the Leavitt House
  24194630     4           Condominium.
11327879    10018982       100 00084  08/17/2006        .10      200.00       20.00            61744       0806
            B      Y                  09/20/2006        .10      200.00       20.00 FEES       639745      0906
  24194633     1           Telephone call with counsel for Cote regarding
  24194634     2           status of property sales.
11339740    10018982       100 00084  08/24/2006        .10      200.00       20.00            61919       0806
            B      Y                  09/20/2006        .10      200.00       20.00 FEES       639745      0906
  24223588     1           Telephone call with Atty. Atkins regarding
  24223589     2           documents needed for closing.
```

```
Timecard Table Listing  --  Sorted by Timecard Index            Jan 09 2008  14:46:49    Page    5

------------------------------------------------------------------------------------------------------
    Index      Matter        TKeeper     Date_Worked Hours_Worked Rate_Worked Amt_Worked Activity  Batch_No.   W_Period
               Status Pr_Flag             Date_Billed Hours_Billed Rate_Billed Amt_Billed Ledger    Invoice_No. I_Period
------------------------------------------------------------------------------------------------------
 11339741    10018982       100 00084    08/24/2006        .20      200.00       40.00              61919      0806
             B      Y                    09/20/2006        .20      200.00       40.00 FEES         639745     0906
  24223590     1          Receipt and review of documents provided by
  24223591     2          Atty. Atkins needed for closing on Unit 4.
 11339742    10018982       100 00084    08/24/2006        .10      200.00       20.00              61919      0806
             B      Y                    09/20/2006        .10      200.00       20.00 FEES         639745     0906
  24223592     1          Telephone call with client regarding documents
  24223593     2          requested for execution by Atty. Atkins for
  24223594     3          closing.
 11339743    10018982       100 00084    08/24/2006        .10      200.00       20.00              61919      0806
             B      Y                    09/20/2006        .10      200.00       20.00 FEES         639745     0906
  24223595     1          Confirm terms of agreement for client's
  24223596     2          executing requested partial release document.
 11421978    10018982       100 00084    10/03/2006        .40      200.00       80.00              62912      1006
             B      Y                    11/27/2006        .40      200.00       80.00 FEES         644364     1106
  24451031     1          Communicate with client, draft and revise
  24451032     2          demand letter to Attorney Atkins for payment
  24451033     3          under settlement agreement, note, and mortgage
  24451034     4          (actual time .7).
 11439983    10018982       100 01300    10/25/2006        .20      160.00       32.00              63331      1006
             B      Y                    11/27/2006        .20      160.00       32.00 FEES         644364     1106
  24501438     1          Telephone conference with client, Dan Pierce,
  24501439     2          regarding approval of revised summary of
  24501440     3          pay-off costs.
 11439984    10018982       100 01300    10/25/2006        .40      160.00       64.00              63331      1006
             B      Y                    11/27/2006        .40      160.00       64.00 FEES         644364     1106
  24501441     1          Multiple telephone conference with defendant's
  24501442     2          counsel, George Atkins, regarding revised
  24501443     3          summary of pay-off costs and amendment to
  24501444     4          settlement agreement.
 11439985    10018982       100 01300    10/25/2006        .30      160.00       48.00              63331      1006
             B      Y                    11/27/2006        .30      160.00       48.00 FEES         644364     1106
  24501445     1          Drafted correspondence to defendant's counsel,
  24501446     2          George Atkins, regarding agreement to revised
  24501447     3          summary of pay-off costs and amendment to
  24501448     4          settlement agreement.
 11443309    10018982       100 00084    10/24/2006        .10      200.00       20.00              63390      1006
             B      Y                    11/27/2006        .10      200.00       20.00 FEES         644364     1106
  24511043     1          Receipt and review of proposed distributions
  24511044     2          from sale of next unit.
 11443310    10018982       100 00084    10/24/2006        .70      200.00      140.00              63390      1006
             B      Y                    11/27/2006        .70      200.00      140.00 FEES         644364     1106
  24511045     1          Telephone call with Gloucester Bank and client
  24511046     2          regarding distribution of unit sale proceeds.
 11443316    10018982       100 00084    10/25/2006        .30      200.00       60.00              63390      1006
             B      Y                    11/27/2006        .30      200.00       60.00 FEES         644364     1106
  24511058     1          Telephone call with client regarding issues on
  24511059     2          extension of settlement time (actual time .8)
 11456778    10018982       100 00084    10/26/2006        .20      200.00       40.00              63515      1006
             B      Y                    11/27/2006        .20      200.00       40.00 FEES         644364     1106
  24549056     1          Telephone call with counsel for Cote regarding
```

```
Timecard Table Listing  --  Sorted by Timecard Index              Jan 09 2008  14:46:50    Page    6


----------------------------------------------------------------------------------------------------------------------
    Index       Matter       TKeeper    Date_Worked  Hours_Worked  Rate_Worked  Amt_Worked Activity  Batch_No.   W_Period
             Status  Pr_Flag             Date_Billed Hours_Billed  Rate_Billed  Amt_Billed Ledger    Invoice_No. I_Period
----------------------------------------------------------------------------------------------------------------------

  24549057       2             status of unit closing and extension of
  24549058       3             settlement agreement.
 11456779     10018982        100 00084    10/26/2006         .30       200.00       60.00           63515       1006
              D       Y                    11/27/2006         .30       200.00       60.00 FEES      644364      1106
  24549059       1             Draft Settlement Extension Agreement for client
  24549060       2             review.
 11498062     10018982        100 00084    11/01/2006         .10       200.00       20.00           64061       1106
              B       Y                    06/28/2007         .10       200.00       20.00 FEES      659166      0607
  24654275       1             Receipt of executed settlement agreement
  24654276       2             extension.
 11498063     10018982        100 00084    11/01/2006         .10       200.00       20.00           64061       1106
              B       Y                    06/28/2007         .10       200.00       20.00 FEES      659166      0607
  24654277       1             Advise client of receipt of settlement
  24654278       2             extension.
 11498064     10018982        100 00084    11/02/2006         .10       200.00       20.00           64061       1106
              B       Y                    06/28/2007         .10       200.00       20.00 FEES      659166      0607
  24654279       1             Receipt and review of letter from Attorney
  24654280       2             Atkins with executed letter by Dee Cote
  24654281       3             agreeing to terms.
 11498099     10018982        100 00084    11/07/2006         .10       200.00       20.00           64061       1106
              B       Y                    06/28/2007         .10       200.00       20.00 FEES      659166      0607
  24654373       1             Receipt and review of check from Mark Solomon,
  24654374       2             communicate with client.
 11865036     10018982        100 00084    05/30/2007         .20       200.00       40.00           68568       0507
              B       Y                    06/28/2007         .20       200.00       40.00 FEES      659166      0607
  25659084       1             Telephone conference with client and e-mail to
  25659085       2             counsel for Cote regarding terms of acceptance
  25659086       3             of forthcoming closing.
 11872547     10018982        100 00084    05/21/2007         .20       200.00       40.00           68626       0507
              B       Y                    06/28/2007         .20       200.00       40.00 FEES      659166      0607
  25680381       1             Receipt and review of fax from Attorney Atkins
  25680382       2             regarding Leavitt House Condominium scheduled
  25680383       3             for sale on May 30, 2007.
 11876305     10018982        100 00084    05/22/2007         .10       200.00       20.00           68639       0507
              B       Y                    06/28/2007         .10       200.00       20.00 FEES      659166      0607
  25690623       1             Receipt and review of fax from Attorney Atkins
  25690624       2             with revised Cote Paydown Proposal.
 11876308     10018982        100 00084    05/22/2007         .10       200.00       20.00           68639       0507
              B       Y                    06/28/2007         .10       200.00       20.00 FEES      659166      0607
  25690630       1             E-mail to client with Cote payment proposal.
 11876331     10018982        100 00084    05/23/2007         .20       200.00       40.00           68639       0507
              B       Y                    06/28/2007         .20       200.00       40.00 FEES      659166      0607
  25690691       1             Receipt and review of e-mail instructions from
  25690692       2             client regarding response to payment proposal.
 11880603     10018982        100 00084    05/24/2007         .20       200.00       40.00           68646       0507
              B       Y                    06/28/2007         .20       200.00       40.00 FEES      659166      0607
  25703879       1             Telephone conference with counsel for Cote
  25703880       2             regarding our position on proposed partial
  25703881       3             payoff.
 12055220     10018982        100 00084    08/28/2007         .40       200.00       80.00           70787       0807
              B       Y                    11/20/2007         .40       200.00       80.00 FEES      668892      1107
```

```
------------------------------------------------------------------------------------------------------------------
    Index        Matter        TKeeper    Date_Worked  Hours_Worked  Rate_Worked  Amt_Worked Activity  Batch_No.     W_Period
                 Status  Pr_Flag          Date_Billed  Hours_Billed  Rate_Billed  Amt_Billed Ledger    Invoice_No.   I_Period
------------------------------------------------------------------------------------------------------------------

  26169090        1              Finalize and send letter to Atty. Atkins
  26169091        2              regarding settlement proceeds.
12136553       10018982          100 00084    10/03/2007           .40       200.00        80.00              71654        1007
               B       Y                      11/20/2007           .40       200.00        80.00 FEES        668892        1107
  26387724        1              Telephone conference with client regarding
  26387725        2              response to foreclosure notice.
12136563       10018982          100 00084    10/03/2007           .40       200.00        80.00              71654        1007
               B       Y                      11/20/2007           .40       200.00        80.00 FEES        668892        1107
  26387755        1              Review settlement agreements and prepare notice
  26387756        2              of default for client review.
12153913       10018982          100 00084    10/10/2007           .20       200.00        40.00              71935        1007
               B       Y                      11/20/2007           .20       200.00        40.00 FEES        668892        1107
  26429175        1              Finalize default notice.
12153931       10018982          100 00084    10/12/2007           .80       200.00       160.00              71935        1007
               B       Y                      11/20/2007           .80       200.00       160.00 FEES        668892        1107
  26429234        1              Review agreements and correspondence with
  26429235        2              counsel for Cote to prepare new federal court
  26429236        3              pleadings.
12153932       10018982          100 00084    10/12/2007           .70       200.00       140.00              71935        1007
               B       Y                      11/20/2007           .70       200.00       140.00 FEES        668892        1107
  26429237        1              Begin drafting motion for judgment on pleadings
  26429238        2              to be filed with federal court complaint.
12153933       10018982          100 00084    10/12/2007           .60       200.00       120.00              71935        1007
               B       Y                      11/20/2007           .60       200.00       120.00 FEES        668892        1107
  26429239        1              Begin drafting complaint.
12168818       10018982          100 00084    10/24/2007           .20       200.00        40.00              72157        1007
               B       Y                      11/20/2007           .20       200.00        40.00 FEES        668892        1107
  26470036        1              Telephone conference with client regarding
  26470037        2              reinstatement of Federal Court action following
  26470038        3              foreclosure sale on property.
12168841       10018982          100 00084    10/26/2007          1.60       200.00       320.00              72157        1007
               B       Y                      11/20/2007          1.60       200.00       320.00 FEES        668892        1107
  26470095        1              Draft motion to vacate dismissal and motion for
  26470096        2              entry of judgment for client review prior to
  26470097        3              filing.
12225800       10018982          100 00084    11/30/2007           .10       200.00        20.00              72901        1107
               B       Y                                           .10       200.00        20.00 FEES
  26626654        1              Receipt and review of Court's Electronic Order
  26626655        2              grating Motion to Vacate Dismissal to file an
  26626656        3              Agreement for Judgment.
12259790       10018982          100 00084    12/17/2007          1.10       200.00       220.00              73325        1207
               B       Y                                          1.10       200.00       220.00 FEES
  26718958        1              Review of all agreements and correspondence to
  26718959        2              determine whether all monies and penalties
  26718960        3              agreed by the parties are accounted for.
12259791       10018982          100 00084    12/17/2007          1.20       200.00       240.00              73325        1207
               B       Y                                          1.20       200.00       240.00 FEES
  26718961        1              Draft revised motion for judgment to organize
  26718962        2              all monies owed into categories based on the
  26718963        3              document under which they were agreed and to
  26718964        4              address client comments.
```

```
Timecard Table Listing  --  Sorted by Timecard Index                Jan 09 2008  14:46:50     Page    8

------------------------------------------------------------------------------------------------------------
    Index        Matter         TKeeper     Date_Worked Hours_Worked Rate_Worked Amt_Worked Activity  Batch_No.    W_Period
                 Status  Pr_Flag             Date_Billed Hours_Billed Rate_Billed Amt_Billed Ledger   Invoice_No.  I_Period
------------------------------------------------------------------------------------------------------------

 12259820      10018982        100 00084   12/20/2007       .30       200.00         60.00            73325       1207
               B       Y                                   .30       200.00         60.00 FEES
  26719035      1          Telephone conference with client to finalize
  26719036      2          motion for judgment.
 12259821      10018982        100 00084   12/20/2007       .60       200.00        120.00            73325       1207
               B       Y                                   .60       200.00        120.00 FEES
  26719037      1          Finalize motion for judgment and exhibits for
  26719038      2          electronic filing.

Totals:                                                  21.70                    4304.00
                                                         21.70                    4304.00

84 Records Selected
```

```
Jan 15 2008    11:54:56      COST DETAIL FIELDS REPORT - Timekeeper,MATTER NUMBER SORT                                              PAGE     1
WORK DATES: 100105 TO 011508   cost DETAIL

                                                              LEDGER CODE       AUTHORIZ.      *-DISB.-*      *-BILLED-*     *-CREDIT-*
*MATTER NUMBER* *----CLIENT-----* *-DESCRIPTION-*  TKPER  DATE   COST CODE    COST LOCATION     AMOUNT         AMOUNT          AMOUNT

00084-BOLOTIN STEVEN -
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 00084 101205 114     SCOST     01              .48            .48             .48
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 00084 101705 114     SCOST     01              .48            .48             .48
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 00084 102005 114     SCOST     01              .48            .48             .48
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 00084 102005 114     SCOST     01             4.83           4.83            4.83
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 00084 102605 114     SCOST     01             1.16           1.16            1.16
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 00084 102605 114     SCOST     01              .61            .61             .61
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 00084 102605 114     SCOST     01             2.52           2.52            2.52
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 00084 102805 114     SCOST     01             1.56           1.56            1.56
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 00084 102805 114     SCOST     01             1.16           1.16            1.16
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 00084 110205 114     SCOST     01             1.56           1.56            1.56
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 00084 112805 117     SCOST     01             1.80           1.80            1.80
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 00084 121505 114     SCOST     01             2.52           2.52            2.52
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 00084 122205 114     SCOST     01              .34            .34             .34
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 00084 010906 114     SCOST     01              .34            .34             .34
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 00084 022806 114     SCOST     01              .48            .48             .48
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 00084 082206 114     SCOST     01              .34            .34             .34
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 00084 082406 117     SCOST     01             1.20           1.20            1.20
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 00084 101206 114     SCOST     01              .34            .34             .34
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 00084 101206 114     SCOST     01             3.47           3.47            3.47
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 00084 101806 114     SCOST     01              .61            .61             .61
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 00084 101806 114     SCOST     01             1.16           1.16            1.16
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 00084 102306 114     SCOST     01              .48            .48             .48
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 00084 102306 114     SCOST     01              .34            .34             .34
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 00084 102306 114     SCOST     01              .34            .34             .34
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 00084 102306 114     SCOST     01              .48            .48             .48
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 00084 102306 114     SCOST     01              .34            .34             .34
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 00084 102406 114     SCOST     01             5.37           5.37            5.37
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 00084 102406 114     SCOST     01             2.38           2.38            2.38
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 00084 102506 114     SCOST     01              .88            .88             .88
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 00084 102506 114     SCOST     01              .34            .34             .34
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 00084 102506 114     SCOST     01             4.56           4.56            4.56
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 00084 102606 114     SCOST     01              .34            .34             .34
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 00084 110106 114     SCOST     01              .34            .34             .34
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 00084 053007 114     SCOST     01             1.70           1.70            1.70
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 00084 101207 114     SCOST     01             1.56           1.56            1.56
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 00084 101207 117     SCOST     01             1.20           1.20            1.20
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 00084 122007 114     SCOST     01             2.24           2.24             .00
            TOTAL FOR : 10018982                                                                 50.67          50.67           48.43

            TOTAL FOR : 00084-BOLOTIN STEVEN                                                     50.67          50.67           48.43
```

```
Jan 15 2008    11:54:56     COST DETAIL FIELDS REPORT - Timekeeper,MATTER NUMBER SORT                                  PAGE    2
WORK DATES: 100105 TO 011508   cost DETAIL

                                                              LEDGER CODE      AUTHORIZ.     *-DISB.-*   *-BILLED-*  *-CREDIT-*
*MATTER NUMBER* *----CLIENT-----* *-DESCRIPTION-*  TKPER  DATE   COST CODE    COST LOCATION    AMOUNT      AMOUNT      AMOUNT

00999-VLASAK ALES -
10018982        DANIEL H. PIERCE  PIERCE ARCHITECT 00999 100406 117       SCOST    01            1.80        1.80        1.80
          TOTAL FOR : 10018982                                                                   1.80        1.80        1.80

          TOTAL FOR : 00999-VLASAK ALES                                                          1.80        1.80        1.80
```

```
Jan 15 2008   11:54:56      COST DETAIL FIELDS REPORT - Timekeeper,MATTER NUMBER SORT                                              PAGE    3
WORK DATES: 100105 TO 011508  cost DETAIL

                                                               LEDGER CODE      AUTHORIZ.     *-DISB.-*    *-BILLED-*   *-CREDIT-*
*MATTER NUMBER* *----CLIENT-----* *-DESCRIPTION-*  TKPER  DATE  COST CODE   COST LOCATION      AMOUNT       AMOUNT       AMOUNT

01198-WALSH SANDRA -
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 01198 082906 112        SCOST   01             .96          .96          .96
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 01198 110706 112        SCOST   01             .32          .32          .32
10018982         DANIEL H. PIERCE  PIERCE ARCHITECT 01198 122007 112        SCOST   01            3.04         3.04          .00
10018982         DANIEL H. PIERCE  PIERCE ARCHIITECT 01198 122107 112       SCOST   01            9.92         9.92          .00
                 TOTAL FOR : 10018982                                                            14.24        14.24         1.28

                 TOTAL FOR : 01198-WALSH SANDRA                                                  14.24        14.24         1.28

GRAND TOTAL :                                                                                    66.71        66.71        51.51
```

Case 1:05-cv-11626-RWZ    Document 14-3    Filed 01/16/2008    Page 3 of 4

Jan 15 2008   11:54:56      COST DETAIL FIELDS REPORT - Timekeeper,MATTER NUMBER SORT

                                                               LEDGER CODE      AUTHORIZ.     *-DISB.-*    *-BILLED-*   *-CREDIT-*
*MATTER NUMBER* *----CLIENT-----* *-DESCRIPTION-*  TKPER  DATE  COST CODE   COST LOCATION      AMOUNT       AMOUNT       AMOUNT

```
Jan 15 2008    11:54:56    COST DETAIL FIELDS REPORT - Timekeeper,MATTER NUMBER SORT                                               PAGE    4
WORK DATES: 100105 TO 011508   cost DETAIL
                                                        LEDGER CODE      AUTHORIZ.     *-DISB.-*    *-BILLED-*   *-CREDIT-*
*MATTER NUMBER* *----CLIENT-----* *-DESCRIPTION-*  TKPER  DATE  COST CODE      COST LOCATION        AMOUNT        AMOUNT       AMOUNT
01198-WALSH SANDRA -
SQL STATEMENT USED:

      SELECT FROM TABLES: cost,matter,batch

         WHERE CONDITION: cost.cmatter=matter.mmatter AND cost.cbatch=batch.bbatch  AND (batch.bfindt IS NOT NULL OR cost.cstat
                       : us='AD') AND (cost.cmatter = '10018982') AND (cost.cdisbdt<=? AND cost.cdisbdt>=?)
```