UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.H. PIERCE DESIGN ASSOCIATES, INC., d/b/a PIERCE ARCHITECTS, Plaintiff, v. D.L. COTE & COMPANY, LLC, and DEE L. COTE, in his Individual Capacity, Defendants. | DOCKET NO: 05-11626 RWZ |

## JUDGMENT

Pursuant to Fed. R. Civ. P. Rule 54, and the order of this Court dated January 3, 2008, Judgment hereby enters for the plaintiff, D.H. Pierce Design Associates, Inc. ("Pierce"), jointly and severally against the defendants D.L. Cote & Company, LLC, and Dee L. Cote, and Pierce is awarded damages as follows:

1. Actual damages in the amount of $48,976.67 pursuant to the agreements between the plaintiff and defendants;

2. Attorneys fees in the amount of $4,304.00, pursuant to the agreements between the plaintiff and defendants and as documented by the Affidavit of Steven J. Bolotin.

Entered 1/18/08

_____
Zobel, J.

1

1131285v1